# UNITED STATES DISTRICT COURT
## for the

RECEIVED PRO SE OFFICE
2025 FEB -4 PM 3: 04

| Soon Mee Kwan | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Joon Ho Chun | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Joon Ho Chun, 313 North Broadway
Sleepy Hollow, NY 10591

joonchun@voltairecapital.com, joonho.chun@gmail.com,
+1 (917) 232-8281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SoonMee Kwan
251 Seaman Avenue, Apt. 4J
New York, NY 10034
+1 (646) 943-4882

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Tammi M. Hellwig*, CLERK OF COURT

Date: 2/4/25

*Signature of Clerk or Deputy Clerk*