RECEIVED
SDNY PRO SE OFFICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK 2025 FEB 18  AM 11: 54

---

Soon Mee Kwan

Write the full name of each plaintiff or petitioner.

Case No.  25    CV  01004

-against-

Joon Ho Chun

### NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that    Plaintiff _____    Soon Mee Kwan _____

                                      plaintiff or defendant           name of party who is making the motion

requests that the Court:

In response to message received (see below), plaintiff respectfully moves that case be transferred to Supreme Court or withdrawn without prejudice.

ORDER TO SHOW CAUSE: Accordingly, it is hereby ORDERED that Plaintiff shall show cause, by submitting a letter to the Court no later than Tuesday, February 18, 2025, as to why the above-captioned action should not be dismissed for lack of subject matter jurisdiction. If Plaintiff fails to timely supply a basis for subject matter jurisdiction, the undersigned will recommend to the Honorable Paul A. Engelmayer that the action be dismissed. (Signed by Magistrate Judge Gary Stein on 2/10/2025)

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

Feb 18, 2025
_____
Dated

_____
Signature

Soon Mee Kwan
_____
Name

_____
Prison Identification # (if incarcerated)

251 Seaman  Avenue Apt. 4J
_____
Address

New York
_____
City

NY
_____
State

10034
_____
Zip Code

_____
Telephone Number (if available)

kwan.sm3@gmail.com
_____
E-mail Address (if available)

SDNY Rev: 5/24/2016

GRANTED. The case is hereby dismissed without prejudice. The
Clerk of Court is respectfully directed to close the motion pending
at Docket 8 and to close this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: February 20, 2025